IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANICE SHIRLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2555 Ma/V |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| TRANSPORTATION | ) |
| | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE

Before the court is Defendant's January 4, 2005, motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this _____ day of June 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02555 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT